# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE:**<br>Alton Belvin<br>1036 Greenwood Dr<br>Perry, GA  31069-4016 | **CHAPTER 13**<br><br>**Case Number:** 11-51454-AEC<br><br>**ATTORNEY:**  LISA RENEE WILLIAMS |

## TRANSMITTAL OF UNCLAIMED FUNDS

Now comes the Chapter 13 trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $146.62 in unclaimed funds on behalf of the above-referenced debtor. The last known address for the creditor is as follows:

North Star Capital Acquisition
c/o Zenith Acquisition Corp
P.O. Box 850
Amherst, NY 14226


**DATED:** May 26, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Camille Hope
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Camille Hope, Trustee**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**P.O. Box 954**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Macon, GA 31202**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(478) 742-8706**